52 F.3d 316
 PNC Bank, Northeast Pennsylvania
v.
Morris B. Wilkins, Lois F. Wilkins; Morris B. Wilkins, Lois
F. Wilkins v. Northeastern Bank of Pennsylvania, PNC Bank,
N.A., Successor by Merger to PNC Bank, Northeast PA, f/k/a
Northeastern Bank of Pennsylvania
 NOS. 94-7488, 94-7489
 United States Court of Appeals,
Third Circuit.
 Mar 16, 1995
 
 Appeal From: M.D.Pa., No. 93-1055, 93-1056,
 Rambo, J.
 
 
 1
 AFFIRMED.